IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

    Plaintiff,

v.

CAPITAL NEWSPAPERS, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

09-cv-554-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Capital Newspapers, Inc. granting its motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

11-24-2010
Date